```
United States District Court
Southern District of Texas
        ENTERED

   AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
United States District Court
Southern District of Texas

   AUG 25 1998

  Michael N. Milby
  Clerk of Court
```

| | |
|---|---|
| DENISE STOCKTON BELL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE ROGELIO VALDEZ, and )<br>WILLIAM E. BELL, )<br>    Defendant. ) | CIVIL ACTION NUMBER<br>B-96-233 |

## ORDER ~~SETTING HEARING~~ ON VALDEZ' MOTION FOR PROTECTIVE ORDER

On this date came on to be considered Valdez' Motion for Protective Order filed in the above styled and numbered cause. The Court being familiar in the premises, and after consideration of Defendant Valdez' Motion For Protective Order, is of the opinion that it should be **GRANTED** in the following particulars:

.     It is therefore, **ORDERED** that Defendant Valdez' Motion For Protective Order is **GRANTED**, and that:

     1.     Pursuant to discretion given this Court by Rule 26(c)(1), FRCP, no deposition shall be allowed in this cause until after this Court has ruled on Defendant Valdez' absolute immunity as raised in his motion to dismiss; and,

     2.     Pursuant to discretion given this Court by Rule 26(c)(1), written discovery shall be limited to the issue of absolute immunity.

Signed this the 25TH day of AUGUST, 1998.

_____
United States Judge Presiding