48

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DENISE STOCKTON BELL | § |
| | § |
| vs. | § |
| | § Civil Action B-96-233 |
| JUDGE ROGELIO VALDEZ, | § |
| and WILLIAM E. BELL | § |

## FINAL ORDER

Before this Court is the Magistrate Judge John Wm. Black's Report and Recommendation filed on February 26, 1999. After a de novo review of the entire file, it is the opinion of this court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

It is therefore **ORDERED, ADJUDGED, and DECREED** that this cause of action be dismissed with prejudice for failure to state a claim upon which relief could be granted.

All other motions pending at this time are hereby **DENIED**.

Done this 16th day of March, 1999 at Brownsville, Texas.

Filemon B. Vela
United States District Judge