

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DENISE STOCKTON BELL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-233 |
| § | |
| JUDGE ROGELIO VALDEZ, AND § | |
| WILLIAM E. BELL § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFF'S MOTION FOR NEW TRIAL, F.R.C.P. 59(a)(2); MOTION TO STRIKE FINAL ORDER

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

APRIL 28, 1999 AT 2:00 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 13, 1999

TO:   MS. DENISE STOCKTON BELL
      MR. RICHARD O. BURST
      MR. WILLIAM E. BELL