58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 04 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DENISE STOCKTON BELL * | |
| * | |
| V. * | |
| * | |
| JUDGE ROGELIO VALDEZ, and * | |
| WILLIAM E. BELL * | CIVIL ACTION NO. |
| * | B-96-233 |

## ORDER

The motions of Plaintiff, Plaintiff's Motion For New Trial F.R.C.P. 59(a)(2) and Motion to Strike Final Order, in the above entitled and numbered cause of action, came on for hearing on March 28th, 1999.

After reading the motions and hearing arguments of parties, the Court is of the opinion, that Plaintiff's motions be **DENIED**.

SIGNED FOR ENTRY THIS 4th day of May, 1999.

_____
Judge Presiding

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 1999, a true and correct copy of the foregoing order was mailed in a properly addressed envelope by way of the United States Postal Service Via First Class Mail to the following:

Mr. Richard O. Burst  
964 East Harrison  
Brownsville, Texas 78520

William Bell  
13245 S.P.I.D.  
Corpus Christi, Texas 78418

*Denise Stockton Bell*  
Denise Stockton Bell

ClibPDF - www.fastio.com