63

United States District Court
Southern District of Texas
ENTERED

AUG 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DENISE STOCKTON BELL | § |
| | § |
| vs. | § |
| | § Civil Action B-96-233 |
| JUDGE ROGELIO VALDEZ, | § |
| and WILLIAM E. BELL | § |

## ORDER

Before this Court is the Plaintiff's Motion for Relief From Judgment based on newly discovered evidence. Upon review of said motion, this Court is of the opinion that the evidence mentioned by Plaintiff is evidence that was available prior to the Final Order in this case and therefore was not timely urged. It is also the opinion of this Court that said evidence would not warrant the reconsideration of the final judgment. Therefore, it is hereby **ORDERED** that Plaintiff's Motion for Relief from Judgment is **DENIED**.

Done this 11th day of August, 1999 at Brownsville, Texas.

Filemon B. Vela
United States District Judge