THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **DENISE STOCKTON BELL,** § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-96-233 |
| § | |
| **JUDGE ROGELIO VALDEZ,** and § | |
| **WILLIAM E. BELL,** § | |
| Defendants. § | |

## ORDER OF DISMISSAL
## FOR LACK OF SUBJECT MATTER JURISDICTION

Before this Court for its consideration is Defendant, Judge Rogelio Valdez's, Motion, entitled Valdez Reurges His Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket # 67) and Defendant, William E. Bell's, Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket # 68). Having reviewed these Motions and the Fifth Circuit Court of Appeals Judgment dated January 4, 2000 (Docket # 66 and # 65), it is the opinion of this Court that such Motions should be **GRANTED** on the basis that this Court lacks subject matter jurisdiction pursuant to the *Rooker-Feldman* doctrine.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that Defendant, Judge Rogelio Valdez's, Motion, entitled Valdez Reurges His Motion to Dismiss for Lack of Subject Matter Jurisdiction is **GRANTED**.

It is further ORDERED, ADJUDGED and DECREED that Defendant, William E. Bell's, Motion to Dismiss for Lack of Subject Matter Jurisdiction is **GRANTED**.

It is, therefore, ORDERED, ADJUDGED and DECREED that this Court lacks subject matter jurisdiction pursuant to the *Rooker-Feldman* doctrine and that this case is **Dismissed with Prejudice**.

Done on this the 30th day of May, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge